DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M.W., THE FATHER,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM,**
Appellees.

No. 4D22-1855

[December 27, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose A. Izquierdo, Judge; L.T. Case No. 2020-1972CJDP.

Sean Conway, Deland, for appellant.

Carolyn Schwartz of Children's Legal Services, Fort Lauderdale for Department of Children and Families.

Alyssa L Cory of Shutts & Bowen LLP, Tampa, and Sara Elizabeth Goldfarb of Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***